IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ISMAEL TORRES FUENTES
GLORIA AMPARO COLLAZO CAICEDO

Debtor(s)

CASE NUM.:09-06260 SEK

CHAPTER 13 (ASSET CASE)

**CERTIFICATE OF SERVICE**

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the **Chapter 13, PLAN DATED 12/17/2009.**

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 17TH day of December, 2009.

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Jose R. Carrion, Esq.**, US Trustee **Monsita Lecaroz Arribas** and I hereby certify that I have mailed by regular mail to all creditors listed on the Master Address List.

**RESPECTFULLY SUBMITTED.**

*/S/MARILYN VALDES ORTEGA*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:                                                                                   Case No. **09-06260**

**TORRES FUENTES, ISMAEL & COLLAZO CAICEDO, GLORIA AMPARO**        Chapter **13**
                                          Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____        ☑ AMENDED PLAN DATED: **12/17/2009**
☐ PRE ☐ POST-CONFIRMATION               Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **375.00** x **9** = $ **3,375.00**
$ **775.00** x **51** = $ **39,525.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

               TOTAL: $ **42,900.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **42,900.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,500.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL BANK**    Cr. _____    Cr. _____
# **5645**              # _____          # _____
$ **11,229.76**    $ _____    $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**COOP A/C LA PUER'**    **RELIABLE FINANCI/**
5. ☐ Other:
_____

6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL BANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

Signed: _____
        Debtor

        _____
        Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**        Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE TORRES FUENTES, ISMAEL & COLLAZO CAICEDO, GLORIA AMPARO   Case No. 09-06260
                                    Debtor(s)

## CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 2

|  | Cr | # | $ |
|---|---|---|---|
| Executory Contracts - Assumed: | POPULAR AUTO | | |

IN RE TORRES FUENTES, ISMAEL & COLLAZO CAICEDO, GLORIA AMPARO    Case No. 09-06260
                                    Debtor(s)

## CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 2 of 2

TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.

PLAN WILL INCREASE WHEN DEBTOR'S PAYSOFF AUTO LOAN WITH POPULAR LEASING ACCOUNT ENDING NUMBER 3066 ON APRIL 2010.

DEBTOR SURRENDERED VEHICLE TO RELIABLE PRIOR TO THE FILING OF THE INSTANT BANKRUPTCY PETITION

DEBTOR WILL ASSUME VEHICLE LEASE WITH POPULAR AUTO. TRUSTEE TO PAY ARREARS ON LEASE ACCOUNT ENDING 3066 WITH POPULAR AUTO (BPPR) IN THE AMOUNT OF $3,791.71, TRUSTEE TO PAY THIS ARREARS BEFORE OTHER SECURED CREDITORS BUT AFTER ATTORNEY'S FEES.

ANY POST PETITION TAX RETURNS THAT MAY PROSPECTIVELY ARISE FROM ANY TAX REFUND FOR THE DURATION OF THE PLAN WILL BE USED AS NEEDED TO FUND THE PLAN IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS, AFTER ITS CONFIRMATION AND WITHOUT THE NEED FOR ANY FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASE.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing          DORAL BANK                              POPULAR AUTO
0104-3                                   NAYELI DIAZ FEBLES ESQ                  VERONICA DURAN, ESQ.
Case 09-06260-SEK13                      PO BOX 70308                            PO BOX 366818
District of Puerto Rico                  SAN JUAN, PR 00936-8308                 SAN JUAN, PR 00936-6818
Old San Juan
Fri Dec 18 09:43:02 AST 2009

RELIABLE FINANCIAL SERVICES              US Bankruptcy Court District of P.R.    CitiFinancial, Inc
RELIABLE FINANCIAL SERVICES              U.S. Post Office and Courthouse Building P.O. Box 70919
PO BOX 21382                             300 Recinto Sur Street, Room 109        Charlotte, NC 28272-0919
PO BOX 21382                             San Juan, PR 00901-1964
SAN JUAN, PR 00928-1382

AAA                                      AEE                                     American General Finance
PO BOX 70101                             P.O. BOX 364508                         P.O. Box 971
SAN JUAN, PR 00936-8101                  SAN JUAN, PR 00936-4508                 Evansville, IN 47706-0971


BANCO POPULAR DE PUERTO RICO             CENTENIAL DE PUERTO RICO                CITI CARDS
BANKRUPTCY DEPARTMENT                    PO BOX 71514                            PO BOX 183052
PO BOX 366818                            SAN JUAN, PR 00936-8614                 COLOMBUS, OH 43218-3052
SAN JUAN PR 00936-6818


COMMOLOCO                                COOP A/C LA PUERTORRIQUENA              DEPARTAMENTO DE HACIENDA
P.O. BOX 19697                           GQ-16 AVE. COUNTRY CLUB                 PO BOX 9024140
SAN JUAN, PR 00910                       CAROLINA, PR 00983                      OFICINA 424 B
                                                                                 SAN JUAN, PR 00902-4140


DEPARTAMENTO DEL TRABAJO                 (p)DISCOVER FINANCIAL SERVICES LLC      DISCOVER BANK
AVE. MUOZ RIVERA 505                     PO BOX 3025                             DFS Services LLC
HATO REY, PR 00918-3352                  NEW ALBANY OH 43054-3025                PO Box 3025
                                                                                 New Albany, Ohio 43054-3025


DORAL BANK                               DORAL BANK                              FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 70308                             PO BOX 71306                            PO BOX 9020192
SAN JUAN, PR 00936-8308                  SAN JUAN, PR 00936-8406                 SAN JUAN, PR 00902-0192


FIRST BANK                               GORDON'S                                HOME DEPOT CREDIT SERVICES
BANKRUPTCY DIVISION                      PO BOX 9025                             PROCESSING CENTER
PO BOX 9146                              DES MOINES, IA 50368-0001               DES MOINES, IA 50364-0500
SAN JUAN PR 00908-0146


(p)INTERNAL REVENUE SERVICE              ISLAND FINANCE                          JC PENNEY
CENTRALIZED INSOLVENCY OPERATIONS        130 EXP. MARTINEZ NADAL 103             PO BOX 960090
PO BOX 21126                             GUAYNABO, PR 00969                      ORLANDO, FL 32896-0090
PHILADELPHIA PA 19114-0326


LVNV Funding LLC its successors and assigns  MONEY EXPRESS                      POPULAR AUTO
assignee of Citibank NA                  PO BOX 9146                             PO BOX 15011
Resurgent Capital Services               SAN JUAN, PR 00908-0146                 SAN JUAN, PR 00902-8511
PO Box 10587
Greenville, SC 29603-0587
```

| | | |
|---|---|---|
| POPULAR AUTO (POPULAR LEASING)<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PUERTO RICO 00936-6818 | RADIO SHACK<br>PROCESSING CENTER<br>DES MOINES, IA 50364-0001 | RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131-1605 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba SAM'S CLUB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131-1605 | SAM'S CLUB<br>PO BOX 530942<br>ATLANTA, GA 30353-0942 |
| eCAST Settlement Corporation assignee of Cit<br>USA NA/HOME DEPOT<br>POB 35480<br>Newark NJ 07193-5480 | GLORIA AMPARO COLLAZO CAICEDO<br>CALLE 135 CD 2<br>JARDINES DE COUNTRY CLUB<br>CAROLINA, PR 00983-2024 | ISMAEL TORRES FUENTES<br>CALLE 135 CD 2<br>JARDINES DE COUNTRY CLUB<br>CAROLINA, PR 00983-2024 |
| JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MARILYN VALDES ORTEGA<br>VALDES-ORTEGA<br>P O BOX 195596<br>SAN JUAN, PR 00919-5596 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| DISCOVER<br>PO BOX 15251<br>WILMINGTON, DE 19886 | INTERNAL REVENUE SERVICE<br>MERCANTIL PLAZA BLDG, ROOM 1014<br>2 PONCE DE LEON AVE. STOP 27 1/2<br>SAN JUAN, PR 00918-1693 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)TORRES FUENTES, ISMAEL
COLLAZO CAICEDO, GLORIA AMPARO

End of Label Matrix
Mailable recipients    41
Bypassed recipients     1
Total                  42